No. 907. CARLISLE LUMBER Co. *v.* NATIONAL LABOR RELATIONS BOARD. May 23, 1938. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles H. Paul, George Donworth,* and *Charles T. Donworth* for petitioner. *Solicitor General Jackson,* and *Messrs. Robert L. Stern, Charles Fahy, Richard B. Watts,* and *Laurence A. Knapp* for respondent.